**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                              Case No.   1:19-cv-1170-JKG

                     Plaintiff,

                - against -

ADOREME, INC.,

                    Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against AdoreMe, Inc.

Dated: Brooklyn, New York
        May 28, 2019

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff
                                      By: _____
                                      Dan Shaked (DS-3331)
                                      44 Court St., Suite 1217
                                      Brooklyn, NY 11201
                                      Tel. (917) 373-9128
                                      Fax (718) 704-7555
                                      e-mail: ShakedLawGroup@Gmail.com